

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2021

No. 04-21-00393-CV

**IN RE** Christopher **RODRIGUEZ**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI12197
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

The real party-in-interest's motion for an extension of time to file a response is GRANTED. The response is due on or before **October 20, 2021**.

It is so **ORDERED** on September 30, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT